```
1  ROBERT R. POWELL, ESQ., CSB# 159747
   DOUGLAS D. DURWARD, ESQ., CSB#215910
2  LAW OFFICES OF ROBERT R. POWELL
   95 South Market Street, Suite 260
3  San Jose, California 95113
   408-271-2300 Telephone                           **E-filed 6/6/05**
4  408-271-2303 Facsimile
5
   Attorneys for Plaintiffs
6  JESSE MILLER & MARY LOU SCHAR
7
8               IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          (San Jose Division)
10
11 JESSE MILLER, et al.,          )    Case No. C-04-05416 JF
                                  )
12        Plaintiffs,             )
   v.                             )    STIPULATION TO MEDIATION
13                                )
   COUNTY OF SANTA CLARA, et al., )
14 and DOES 1-10, inclusive,      )
                                  )
15        Defendants.             )
                                  )
16 _____)
17
18       The parties hereto, by and through their respective counsel, do hereby stipulate to

19 participate in the following ADR process:  Mediation. Please note defendant Erin Thomas has

20 not answered the complaint and a default is being prepared against her and will be filed by June

21 15, 2005.  The parties that have answered or appeared thus far, request a referral for mediation.

22
23 IT IS SO STIPULATED.
24
25
   Dated: 6/2/05
```

1

STIPULATION TO MEDIATION
MILLER V. COUNTY OF SANTA CLARA
CASE NO. C-04-05416 JF

```
                                    _____/S/_____
                                    GREG SEBASTINELLI, ESQ.
                                    Attorney for Defendants County
                                    Of Santa Clara And Defendant
                                    Sheriff Deputies
```

Dated: 6/2/05

```
                                    _____/S/_____
                                    ROBERT R. POWELL, ESQ.
                                    Attorney for Plaintiffs
```

### ORDER OF COURT

Based on the foregoing stipulation of the parties, and good cause appearing therefore, the court hereby adopts the stipulation of the parties as an order of this court .

IT IS SO ORDERED.

Dated:   6/6/05

```
                                    /s/electronic signature authorized
                                    _____
                                    JUDGE JEREMY FOGEL
                                    U.S.D.C. for California – San Jose Div.
```

Note: An unsigned, unfilled copy of this stipulation was faxed to the ADR Unit of the Northern District Court on June 2, 2005.  R. Powell

STIPULATION TO MEDIATION
MILLER V. COUNTY OF SANTA CLARA
CASE NO. C-04-05416 JF