ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900

**E-filed 6/8/05**

Attorneys for Defendants
COUNTY OF SANTA CLARA,
WILLIAM MIDDLETON, MICHAEL
JACOBS, DOUGLAS VANDERESCH,
THEA COLE, KEVIN BROWN, CARL
SIMS, AND KENNETH BINDER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MILLER, MARYLOU SCHAR, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA, DOE MIDDLETON, DOE SIMS, DOE BINDER, DOE JACOBS, DOE BROWN, DOE COLE, DOE VANDERESCH, ERIN THOMAS, and DOES 8-20, inclusive, <br><br> Defendants. | No.   C04 05416 JF <br><br> **STIPULATION AND ORDER** |

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree to an order continuing the initial Case Management Conference from June 24, 2005 to **July 29, 2005**, at 10:30 a.m., in Courtroom 3, before the Honorable Jeremy Fogel.

Counsel representing Defendant County of Santa Clara, as well as the Defendant Deputy Sheriffs, respectfully requests this brief continuance as defense counsel will be on a family vacation, and out of the country, from June 17 through July 9, 2005. Counsel representing Plaintiffs joins in this request as he expects to be in trial on Friday, July 15 and Friday, July 22, 2005. All other dates set forth in the Order Setting Initial Case Management Conference shall

1  remain in effect.

2  Lastly, the parties hereby stipulate and agree to an order allowing discovery to commence
3  on July 15, 2005, before any attendance at the continued Case Management Conference on July
4  29, 2005.

5  IT IS SO STIPULATED:

6  
7  
                                         ANN MILLER RAVEL
                                         County Counsel

8  Dated: June 6, 2005                     By: _____
9                                               GREGORY J. SEBASTINELLI
                                             Deputy County Counsel

10                                           Attorneys for Defendants
                                          COUNTY OF SANTA CLARA,
11                                          WILLIAM MIDDLETON, MICHAEL
                                         JACOBS, DOUGLAS VANDERESCH,
12                                          THEA COLE, KEVIN BROWN, CARL
                                         SIMS, AND KENNETH BINDER
13

14

15

16 Dated: June 6, 2005                     By: _____
17                                              ROBERT R. POWELL

18                                          Attorney for Plaintiffs
                                         JESSE MILLER and MARYLOU
19                                          SCHAR

20

21

22 IT IS SO ORDERED:

23 Dated: 6/8/05                             /s/electronic signature authorized
24                                          JUDGE JEREMY FOGEL
                                         United States District Court
25

26

27

28 S:\Main\Litigation\Miller\Pleadings\Stip & Order re CMC continuance.wpd