ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900

**E-filed 7/21/05**

Attorneys for Defendants
COUNTY OF SANTA CLARA,
WILLIAM MIDDLETON, MICHAEL
JACOBS, DOUGLAS VANDERESCH,
THEA COLE, KEVIN BROWN, CARL
SIMS, AND KENNETH BINDER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MILLER, MARYLOU SCHAR, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTY OF SANTA CLARA, DOE )<br>MIDDLETON, DOE SIMS, DOE )<br>BINDER, DOE JACOBS, DOE BROWN, )<br>DOE COLE, DOE VANDERESCH, )<br>ERIN THOMAS, and DOES 8-20, )<br>inclusive, )<br>)<br>Defendants. )<br>_____ ) | No. C04 05416 JF<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing this entire action with prejudice as to all named defendants

/ /

/ /

/ /

/ /

/ /

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Entire Action With Prejudice            1                    C04 05416 JF

1 | including, but not limited to, defendant Erin Thomas.  Each side shall bear their own attorneys'
2 | fees and costs of the suit.
3 | IT IS SO STIPULATED:

ANN MILLER RAVEL
County Counsel

Dated: July 1̸8̸, 2005        By: _____
                                  GREGORY J. SEBASTINELLI
                                  Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, WILLIAM MIDDLETON, MICHAEL JACOBS, DOUGLAS VANDERESCH, THEA COLE, KEVIN BROWN, CARL SIMS, AND KENNETH BINDER

Dated: July 18, 2005        By: _____
                                  ROBERT R. POWELL

Attorney for Plaintiffs
JESSE MILLER and MARYLOU SCHAR

IT IS SO ORDERED:

Dated: 7/21/05              /s/electronic signature authorized
                            _____
                            JUDGE JEREMY FOGEL
                            United States District Court

S:\Main\Litigation\Miller\Pleadings\Stip & Order for Dismissal.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Entire Action With Prejudice                 2                    C04 05416 JF